# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHONY J GIAMMARINO ASSOCIATES, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 3:19-cv-957 (BKS/ML) |

## COMPLAINT

Plaintiff, Selective Insurance Company of America ("Plaintiff"), by and through its undersigned attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, files this Complaint against Defendant, Anthony J Giammarino Associates, LLC ("Defendant"), and in support thereof alleges the following upon information and belief:

### The Parties, Jurisdiction and Venue

1. Plaintiff is a New Jersey corporation with a principal place of business located at 40 Wantage Avenue, Branchville, New Jersey 07890.

2. Defendant is a limited liability company, formed and existing under the laws of the State of New York, with its principal place of business located at 7 South Washington Street, Binghamton, New York 13903.

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), based upon the complete diversity of citizenship among the parties. The amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1). Defendant's principal place of business in Binghamton, New York (Broome County) is within the Northern District of New York.

### Factual Allegations Common to All Counts

5. On February 23, 2017, at the request of Defendant, Plaintiff issued Insurance Policy No. S 2262420 to Defendant (the "Commercial Policy").

6. Plaintiff issued an invoice to Defendant in the amount of $133,656, reflecting unpaid Commercial Policy premium as of April 25, 2019. A true and correct copy of Plaintiff's Invoice is attached hereto and incorporated herewith as **Exhibit "A"**.

7. Defendant has a contractual obligation to remit payment to Plaintiff for the insurance coverage that Plaintiff provided to Defendants.

8. As of the date of the filing of this Complaint, Plaintiff has not received from Defendant any payment of the unpaid premium.

### COUNT I
### Breach of Contract

9. Plaintiff repeats and re-avers each and every one of the allegations set forth in the preceding paragraphs of this Complaint with the same force and effect as if each were fully set forth at length herein.

10. Plaintiff's Invoice (**Exhibit A**) stated, and Defendant does owe, unpaid insurance premium of $133,656 under the Commercial Policy.

11. Defendant has a contractual obligation to pay Plaintiff a total of $133,656.

12. Defendant breached its contractual obligations by failing to remit the $133,656 demanded by Plaintiff.

13. As a result of Defendant's breach, Plaintiff has been damaged.

**WHEREFORE**, Plaintiff, Selective Insurance Company of America demands that judgment enter in its favor and against Defendant, Anthony J Giammarino Associates, LLC, in the amount of no less than $133,656, together with attorneys' fees, interest, costs and expenses, and such other and/or further relief as the Court deems just and proper.

### COUNT II
### Unjust Enrichment

14. Plaintiff repeats and re-avers each and every one of the allegations set forth in the preceding paragraphs of this Complaint with the same force and effect as if each were fully set forth at length herein.

15. Plaintiff fully performed its obligations by providing Defendant with insurance coverage.

16. Defendant, however, failed to perform its obligations by failing to remit to Plaintiff the Commercial Policy premium that it owes to Plaintiff.

17. As a direct and proximate result of Defendant's failure to remit the required Commercial Policy premium, Plaintiff has suffered and will continue to sustain damages, costs and expenses.

18. Based upon the foregoing, Defendant has received the benefit of Plaintiff's insurance coverage without the return of full consideration to Plaintiff, and allowing Defendant to continue to withhold the monies owed to Plaintiff would continue to unjustly enrich Defendant.

**WHEREFORE**, Plaintiff, Selective Insurance Company of America demands that judgment enter in its favor and against Defendant, Anthony J Giammarino Associates, LLC, in

the amount of no less than $133,656, together with attorneys' fees, interest, costs and expenses, and such other and/or further relief as the Court deems just and proper.

## COUNT III
### Quantum Meruit against Defendant

19. Plaintiff repeats and re-avers each and every one of the allegations set forth in the preceding paragraphs of this Complaint with the same force and effect as if each were fully set forth at length herein.

20. Plaintiff is entitled to the quantum meruit value of the insurance that it provided to Defendant under the Commercial Policy.

21. Defendant owes Plaintiff no less than $133,656, representing the unpaid value of the insurance coverage provided by Plaintiff to Defendant.

**WHEREFORE**, Plaintiff, Selective Insurance Company of America demands that judgment enter in its favor and against Defendant, Anthony J Giammarino Associates, LLC, in the amount of no less than $133,656, together with attorneys' fees, interest, costs and expenses, and such other and/or further relief as the Court deems just and proper.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Attorneys for Plaintiff,
Selective Insurance Company of America

Dated:  August 6, 2019          By:          */s/ Scott A. Levin*
                                            Scott A. Levin
                                            225 Liberty Street, 36th Floor
                                            New York, New York 10281
                                            (212) 483-9490